# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Lily Nicole Portee<br>Jessie Ruiz-Jacobs<br>Alexis Dougherty<br>Peter Bungert<br>Dennis Calabrese<br>Christie Starnes<br>Kassandra Blankenship<br>James Higgins<br>Leonardo Yon**,**<br><br>Plaintiff(s),<br><br>vs.<br><br>Bojangles' Restaurants, Inc.**,**<br><br>Defendant(s). | JUDGMENT IN CASE<br><br><br><br><br><br><br><br><br>3:25-cv-00065-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2025 Order.

September 30, 2025

Katherine Hord Simon, Clerk
United States District Court